# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ALLEN JAMES WADDELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-3845
_____

January 31, 2024

Appeal from the Circuit Court for Hillsborough County; Samantha L. Ward, Judge.

Howard L. Dimmig, II, Public Defender, and Tim Bower Rodriguez, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

NORTHCUTT, MORRIS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.